IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DUSTIN MOORE, ROY LEWIS,
JOSH BLASCHKE, JUSTIN BLASCHKE,
and JULIO MORENO, Each Individually and
on behalf of All Others Similarly Situated                        PLAINTIFFS

vs.                           No. 5:15-cv-00432-XR

PERFORMANCE PRESSURE PUMPING
SERVICES, LLC; EPIC WIRELINE SERVICES, LLC              DEFENDANTS

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed by Performance Pressure Pumping Services, LLC ("Performance"), and/or Epic Wireline Services, LLC ("Epic"), on or after May 26, 2012. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid compensation. As a present or former employee of Performance and/or Epic, I consent to becoming a party plaintiff to this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

JUSTIN MULLER
Address:  3127 Andy Lane
          Tyler, Texas 75701
Email:    jmuller83@gmail.com
Phone:    (903) 245-0912

Date: July 13, 2015

/s/ Josh Sanford
Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DUSTIN MOORE, ROY LEWIS,                                              **PLAINTIFFS**
JOSH BLASCHKE, JUSTIN BLASCHKE,
and JULIO MORENO, Each Individually and
on behalf of All Others Similarly Situated

vs.                               No. 5:15-cv-432-XR

PERFORMANCE PRESSURE PUMPING
SERVICES, LLC; EPIC WIRELINE SERVICES, LLC          **DEFENDANTS**

## CERTIFICATE OF SERVICE FOR ATTACHED CONSENT TO JOIN

I certify that a true and correct copy of the Consent to Join to which this certificate has been appended has been electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, and that the attorneys listed below are registered to receive from the Clerk of the Court an electronic copy thereof:

LAURA M. ALANIZ
lalaniz@rmwbhlaw.com
JUSTIN K. MARKEL
jmarkel@rmwbhlaw.com
2800 Post Oak Blvd., 57th Floor
Houston, TX 77056
Telephone: (713) 840-1666
Facsimile: (713) 840-9404

/s/ Josh Sanford
**Josh Sanford**