IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DUSTIN MOORE, ROY LEWIS,** **PLAINTIFFS**
**JOSH BLASCHKE, JUSTIN BLASCHKE,**
**and JULIO MORENO, Each Individually and**
**on behalf of All Others Similarly Situated**

VS. No. 5:15-cv-432-RP

**PERFORMANCE PRESSURE PUMPING**
**SERVICES, LLC; EPIC WIRELINE SERVICES, LLC** **DEFENDANTS**

## CONSENT TO JOIN COLLECTIVE ACTION

I was (or I still am) a **Salaried** or an **Hourly** (circle one or both) Hand or Operator or Wireline Operator for Epic Wireline Services, LLC, on or after May 26, 2012. I understand this lawsuit is being brought under the Fair Labor Standards Act for unpaid overtime compensation. As a present or former Hand for Epic Wireline Services, LLC, I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_Carlos McDuffy_
SIGNATURE

_Carlos McDuffy_
PRINTED NAME

_682 5210121_
Telephone

_7812 Trimble Dr., Ft worth 76134_
Mailing Address

_Ft worth Tx 76134_
City, State and Zip

_whyme101560@yahoo.com_
Email Address

Date: _____, 2015

Josh Sanford, Esq.
SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford Road, Suite 411
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040
josh@sanfordlawfirm.com

## IMPORTANT: RETURN FOR FILING
## BEFORE NOVEMBER 16, 2015

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DUSTIN MOORE, ROY LEWIS, **PLAINTIFFS**
JOSH BLASCHKE, JUSTIN BLASCHKE,
and JULIO MORENO, Each Individually and
on behalf of All Others Similarly Situated

vs. No. 5:15-cv-432-FB

PERFORMANCE PRESSURE PUMPING
SERVICES, LLC; EPIC WIRELINE SERVICES, LLC **DEFENDANTS**

## CERTIFICATE OF SERVICE FOR ATTACHED CONSENT TO JOIN

I certify that a true and correct copy of the Consent to Join to which this certificate has been appended has been electronically filed with the Clerk for the U.S. District Court, Western District of Texas, San Antonio Division, using the Electronic Case Filing system of the Court, and that the attorney listed below is registered to receive from the Clerk of the Court an electronic copy thereof:

Justin K. Markel, Esq.
jmarkel@rmwbhlaw.com
2800 Post Oak Boulevard, 57th Floor
Houston, Texas 77056
Telephone: (713) 840-1666
Facsimile: (713) 840-9404

/s/ Josh Sanford
**Josh Sanford**