IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**DUSTIN MOORE, ROY LEWIS,** **PLAINTIFFS**
**JOSH BLASCHKE, JUSTIN BLASCHKE,**
**JULIO MORENO, and JUSTIN HERRERA,**
**Each Individually and on behalf of**
**Others Similarly Situated**

vs.                           5:15-cv-432-RC
                              Consolidated with 5:15-cv-346-RCL

**PERFORMANCE PRESSURE PUMPING**           **DEFENDANTS**
**SERVICES, LLC, and EPIC WIRELINE**
**SERVICES, LLC.**

## ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

[168]

Before the Court is Plaintiffs' Motion for Award of Attorneys' Fees and Costs (hereinafter "Motion"). Plaintiffs' Motion is well-supported, and the Court has reviewed the Motion, Invoice, and Declaration in support of the Motion and the Court does find as follows:

In an action under the FLSA, the Court "shall, in addition to any judgment awarded to the plaintiff or plaintiffs, allow a reasonable attorney's fee to be paid by the defendant, and costs of the action." 29 U.S.C. § 216(b). The Court finds that the Plaintiffs' should be awarded fees based on the lodestar amount requested by Plaintiffs. The fees charged by Plaintiffs' counsel are reasonable and consistent with fees customarily charged by attorneys of similar skill, experience and reputation in the area of San Antonio, Texas. The amount of time expended by Plaintiffs' counsel on this case is likewise reasonable. The Court has considered the factors relevant to an award of

attorney's fees enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714, 717–719 (5th Cir. 1974), and has determined that no downward deviation from the lodestar is necessary or appropriate. Therefore, Plaintiffs are entitled to their requested fees in the amount of $173,356.50.

In addition, the costs incurred by Plaintiffs in this litigation was reasonable and necessary. Therefore, Plaintiffs are entitled to an award of costs as requested by Plaintiffs in the amount of $12,832.75.

**IT IS SO ORDERED.**

SIGNED and ENTERED on the 14th day of August, 2019.

Royce C. Lamberth
**UNITED STATES DISTRICT JUDGE**